UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION



| | |
|---|---|
| HOWARD MERRITT, ET AL<br>  Plaintiffs<br><br>V.<br><br>ADVANCED SPINE FIXATION<br>SYSTEMS, INC., ET AL<br>  Defendants | CIVIL ACTION NO. CV 98-8083 JSL<br>[Assigned to the Hon. J. Spencer Letts, for all purposes]<br><br><br>ORDER OF DISMISSAL |

Considering the foregoing Joint Stipulation of Dismissal to dismiss all claims in this action asserted by Howard Merritt and Sandra Merritt,

IT IS HEREBY ORDERED that all claims in this action, including the claims of Plaintiffs, Howard Merritt and Sandra Merritt, are dismissed against all Defendants, including Advanced Spine Fixation Systems, Inc., with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1).

DATED: 8/12/10

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE